UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTHER DIWAKAR and
SUMATHI ISVARADEVAN,

      Applicants,

                                  Case No. 1:17-cv-490

v.

                                  HON. JANET T. NEFF

NAVIENT SOLUTIONS, LLC,

      Respondent.

_____/

**ORDER**

Pending before the Court is Applicants' Application and/or Motion to Confirm Award of Arbitrator and Enter Judgment (ECF No. 1). Respondent has filed a Brief in Opposition (ECF No. 7). The Applicants have filed a Brief in Response (ECF No. 8), requesting that the Court enter an order denying Respondent's request to dismiss the Application, confirm the Award of Arbitrator, and enter judgment; or, in the alternative, that the Court stay the Application pending resolution of Respondent's appeal in the American Arbitration Association (AAA). Having reviewed the parties' submissions, the Court determines that this case is properly stayed pending resolution of Respondent's AAA appeal. The parties directly dispute the merits and propriety of Respondent's appeal, a matter most appropriately addressed by the arbitration forum in the first instance, before this Court proceeds with the application to confirm the arbitration award and enter judgment. Furthermore, rather than have this action remain on this Court's docket indefinitely, a result which is contrary to the interest of the Court, the parties, and the public, the Court will administratively close this matter until the stay has been lifted. Accordingly,

**IT IS HEREBY ORDERED** that this matter is STAYED and ADMINISTRATIVELY CLOSED pending resolution of Respondent's AAA appeal, and further order of the Court. This closing is for administrative purposes only and does not constitute a decision on the merits. Upon resolution of the aforementioned AAA appeal, the Court will allow either side to move to reopen this action. Any such motion need only refer to this Order and it will be granted.


Dated: August 1, 2017                                    /s/ Janet T. Neff
                                                         JANET T. NEFF
                                                         United States District Judge